**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **MAKHTAR YAHIA NAJI AL WARAFI (ISN 117),** | ) ) ) ) | |
| **Petitioner,** | ) ) | |
| **v.** | ) ) | **Civil Action No. 04-1254 (RCL)** |
| **BARACK OBAMA,** **President of the United States,** *et al.***,** | ) ) ) ) | |
| **Respondents.** | ) ) ) | |

## ORDER

Upon consideration of petitioner's Emergency Motion [706] to Strike, the applicable law, and the entire record herein, it is hereby

ORDERED that the motion is DENIED. Petitioner will not suffer prejudice because this matter is not before a jury, and the Court will not consider or rely on respondents' proposed amendments to petitioner's factual return.


SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on December 14, 2009.